IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA GIPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:09-cv-712-MEF-TFM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) (WO) |
| ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the motions to withdraw (Docs. #23 & 24) filed on May 4, 2010 and the hearing held on Wednesday, June 2, 2010, it is hereby ORDERED that:

1) The motions to withdraw (Docs. #23 & 24) are GRANTED; and

2) The Court will dismiss all claims against the defendant Hyundai Motor Manufacturing Alabama, LLC, unless one of the following occurs **on or before 5:00 p.m. on Thursday, July 1, 2010**:

    a) Plaintiff Lisa Gipson files a statement informing the Court that she will proceed without an attorney; or

    b) An attorney enters an appearance on behalf of the plaintiff.

DONE this the 7th day of June, 2010.

                                    /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE