IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LISA GIPSON,                                )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )   CASE NO. 2:09-cv-712-MEF-TFM
                                            )
HYUNDAI MOTOR MANUFACTURING )   (WO)
ALABAMA, LLC,                               )
                                            )
            Defendant.                      )

## O R D E R

In an order entered June 7, 2010, the Court granted the motions of plaintiff's former counsel to withdraw from this case. (Docs. #23, 24, & 29). In that order, the Court also gave notice to the plaintiff that it would dismiss all claims against the defendant unless the plaintiff, by July 1, 2010, secured new counsel or informed the Court she would be proceeding without an attorney.[1] (Doc. #29). On July 1, 2010, the plaintiff informed the Court that, though she was unable to find a new attorney willing to represent her within the time allowed, she might be able to get a new lawyer if given more time. (Doc. #31). She also informed the Court that she "still feel[s she] should" represent herself. *Id.* The Court construes this as a statement the plaintiff will proceed pro se. Therefore, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to United States Magistrate Judge Terry F. Moorer for all pretrial proceedings and entry of any orders

---

[1] The Court also informed the plaintiff of this deadline in a hearing on the motions to withdraw, held on June 2, 2010. *See* (Doc. #26).

or recommendations as may be appropriate, unless and until the plaintiff secures counsel at

a later date.

DONE this the 2nd day of July, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE