IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA GIPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-cv-712-MEF |
| ) | |
| HYUNDAI MOTOR MANUFACTURING ) | (WO - DO NOT PUBLISH) |
| ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the plaintiff's Motion to Withdraw (Doc. #39) filed on August 11, 2010, it is hereby

ORDERED that the defendant shall be required to show cause why the case should not be dismissed without prejudice by no later than 5:00 p.m. on Monday, August 23, 2010.

DONE this the 16th day of August, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE